UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 22515
  TERESA ORTEGA
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
  SSN XXX-XX-1170
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/14/04 and confirmed on 11/05/04.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $  20500.00 .

   4.  The Trustee made disbursements to creditors as follows:

```
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
MARQUETTE CONSUMER FINAN SECURED           13000.00        2139.74     13000.00
ILLINOIS STUDENT ASSIST  UNSECURED         27334.92         814.63        58.45
ECMC                     FILED LATE             .00            .00          .00
MARQUETTE CONSUMER FINAN UNSECURED          7446.75            .00        20.15
PREMIER BANKCARD/CHARTER UNSECURED           417.33            .00         1.13
BECKET & LEE LLP         UNSECURED          2096.71            .00         5.67
JAMES M PHILBRICK        ADMINISTRATIV       900.00            .00       900.00
      Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED      PRIORITY   UNSECURED     OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED 13000.00      900.00     37295.71       .00       51195.71
PRINCIPAL PAID     13000.00      900.00        85.40       .00       13985.40
INTEREST PAID       2139.74         .00       814.63       .00        2954.37
TOTAL PAID         15139.74      900.00       900.03       .00       16939.77
```
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     860.23 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                                     PAGE   2
     CASE NO. 04 B 22515 TERESA ORTEGA
```